K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>    Plaintiff,<br><br>  vs.<br><br>SHOP KWIK MARKET, INC. dba LA FAMILIA MARKET,<br><br>    Defendant. | No. 1:11-CV-01945-LJO-MJS<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Fernando Rubio and Defendant Shop Kwik Market, Inc. dba La Familia Market, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: February 8, 2012                                         MOORE LAW FIRM, P.C.


                                                               /s/Tanya E. Moore
                                                               Tanya E. Moore
                                                               Attorney for Plaintiff Fernando Rubio

///

*Rubio v. Shop Kwik Market, Inc. dba La Familia Market, et al.*
Stipulation for Dismissal

Page 1

1  Date: February 8, 2012						LAW OFFICES OF ANTHONY P. CAPOZZI

							/s/ Anthony P. Capozzi
							Anthony P. Capozzi
							Attorneys for Defendant Shop Kwik
							Market, Inc. dba La Familia Market

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   **February 8, 2012**			   **/s/ Lawrence J. O'Neill**
							UNITED STATES DISTRICT JUDGE

*Rubio v. Shop Kwik Market, Inc. dba La Familia Market, et al.*
Stipulation for Dismissal
Page 2